UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                :

     - against -                                    **98 Cr. 1023 (LAK)**
                                   :

Hage, et al., includ.                                  **NOTICE OF MOTION**
AHMED KHALFAN GHAILANI

                                   :
                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      AND NOW comes the defendant AHMED KHALFAN GHAILANI, by his attorneys, Peter Enrique Quijano, Esq., Gregory Cooper, Esq., and Michael K. Bachrach, Esq., who will move this Court before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, in the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient to the Court, for an Order compelling the preservation of Central Intelligence Agency Detention Facilities ("Black Sites") in which the defendant AHMED KHALFAN GHAILANI was held until, at least, the defendant has been notified of the locations of the defendant's detention and provided the defendant with the opportunity to visit and inspect such sites, and for any other such relief as this Court deems just and proper.

Dated: New York, New York
June 30, 2009

            Yours, etc.

            *Peter Quijano*

            PETER ENRIQUE QUIJANO, Esquire
            Quijano & Ennis, P.C.
            381 Park Avenue South, Suite 701
            New York, New York 10016
            Tel: (212) 686-0666
            Fax: (212) 686-8690

            MICHAEL K. BACHRACH, Esquire
            276 Fifth Avenue, Suite 501
            New York, New York 10001
            Tel: (212) 929-0592
            Fax: (866) 328-1630

            GREGORY E. COOPER, Esquire
            20 Vesey Street, Suite 400
            New York, New York 10007
            Tel: (212) 608-4828

TO: Honorable Lewis A. Kaplan
    United States District Judge
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, New York 10007

    AUSA David Raskin
    United States Attorney's Office
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 10007