```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    ECF CASE

        -v.-                      :    NOTICE OF APPEARANCE AND
                                       REQUEST FOR ELECTRONIC
USAMA BIN LADEN, ET AL.,          :    NOTIFICATION

           Defendants.            :    98 Cr. 1023 (LAK)

- - - - - - - - - - - - - - - - - -x
```

TO:      Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney
                                        for the Southern District of New York

By: _____/s/_____
    Michael Farbiarz
    Assistant United States Attorney
    Tel: (212) 637-1587
    Fax: (212) 637-0128