

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

DOCKET

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2009

**By Hand**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

RECEIVED
OCT - 2 2009
JUDGE KAPLAN'S CHAMBERS

    Re:    <u>United States v. Ahmed Khalfan Ghailani</u>
            S(10) 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

        The Government writes respectfully to advise the Court that the Attorney General has today authorized and directed this Office not to seek the death penalty against the defendant. A copy of the Attorney General's letter is attached.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/5/09

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
David Raskin
Leslie C. Brown
Michael Farbiarz
Nicholas J. Lewin
Assistant United States Attorneys
(212) 637-2635/2638/1587/2337

cc:    Gregory E. Cooper, Esq.
        Peter Enrique Quijano, Esq.



# Office of the Attorney General
### Washington, D.C. 20530

October 2, 2009

The Honorable Preet Bharara
United States Attorney
Southern District of New York
New York, New York 10007

Dear Mr. Bharara:

    You are authorized and directed not to seek the death penalty against Ahmed Khalfan Ghailani.

                              Sincerely,

                              Eric H. Holder, Jr.
                              Attorney General