```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/2/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                              S10 98 Crim. 1023 (LAK)

AHMED KHALFAN GHAILANI,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    1.    The schedule for the filing, briefing and argument of defendant's anticipated motion to dismiss the indictment on speedy trial act grounds is modified as follows:

        a.    The motion and any supporting papers shall be filed on or before November 16, 2009.

        b.    Any briefs *amicus curiae* in support of the defendant's motion, together with motions for leave to file, shall be served and filed on or before November 30, 2009.

        c.    The government's papers in opposition shall be filed on or before December 11, 2009.

        d.    Any briefs *amicus curiae* in opposition to the defendant's motion, together with motions for leave to file, shall be served and filed on or before December 24, 2009.

        e.    Defendant's reply papers in support of the motion shall be filed on or before January 6, 2010.

        f.    The Court will hear argument on the motion on January 11, 2010 at 2:15 p.m.

    2.    The Court invites the Center for Constitutional Rights and the Criminal Justice Legal Foundation to submit briefs *amicus curiae* and leave to do so is hereby granted.

2

Should either organization intend to do so, it should notify the parties and the Court of that intention at least seven days before its brief is due under the schedule established in paragraph 1.

       SO ORDERED.

Dated:      November 2, 2009

                                                     Lewis A. Kaplan
                                              United States District Judge