USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                     S10 98 Crim. 1023 (LAK)

AHMED KHALFAN GHAILANI,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court's Memorandum and Order, dated October 19, 2009, was filed with the Court Security Officer. The attached copy of that Memorandum and Order, redacted by the appropriate authorities in accordance with the Classified Information Procedures Act, now may be filed on the public record.

       Accordingly, the Clerk shall file the attached copy in place of the half sheet for DI 802.

       SO ORDERED.

Dated:     November 12, 2009

                                                  /s/ Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                               United States District Judge