UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA, :

    - against -

:   **98 Cr. 1023 (S-10) (LAK)**

Hage, et al., includ.
AHMED KHALFAN GHAILANI

: 

        Defendant.

------------------------------x

## MOTION TO DISMISS INDICTMENT DUE TO THE DENIAL OF DEFENDANT'S CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL

AND NOW comes the defendant AHMED KHALFAN GHAILANI, by his attorneys, Peter Enrique Quijano, Esq., Gregory E. Cooper, Esq., and Michael K. Bachrach, Esq., who will move this Court before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, in the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient to the Court, for an order dismissing the Indictment with prejudice against Ahmed Khalfan Ghailani, under the Speedy Trial Clause of the Sixth Amendment, the Due Process Clause of the Fifth Amendment, and Federal Rule of Criminal Procedure 48(b)(3), as a result of the unnecessary delay in bringing the defendant to trial, and for any other such relief as this Court deems just and proper.

Dated: New York, New York
       November 16, 2009

Yours, etc.

*[signature]*

PETER ENRIQUE QUIJANO, Esquire
Quijano & Ennis, P.C.
381 Park Avenue South, Suite 701
New York, New York 10016
Tel: (212) 686-0666
Fax: (212) 686-8690

*[signature]*

MICHAEL K. BACHRACH, Esquire
276 Fifth Avenue, Suite 501
New York, New York 10001
Tel: (212) 929-0592
Fax: (866) 328-1630

GREGORY E. COOPER, Esquire
20 Vesey Street, Suite 400
New York, New York 10007
Tel: (212) 608-4828

TO: Honorable Lewis A. Kaplan
    United States District Judge
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, New York 10007

    AUSA David Raskin
    United States Attorney's Office
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 10007