FILED WITH THE
COURT SECURITY OFFICER
CSO: _Maciseo_
DATE: ___11/16/09___

UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                    :

         - against -                              **98 Cr. 1023 (LAK)**

                         :

Hage, et al., includ.                        **DECLARATION**
AHMED KHALFAN GHAILANI,                       **IN SUPPORT OF MOTION**

                         :

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Peter Enrique Quijano, Esq., pursuant to Title 28, United States Code, Section

1746, hereby declares under the penalties of perjury:

    I am counsel for the defendant AHMED KHALFAN GHAILANI, and I make

this declaration in support of the various forms of relief, as set forth in the annexed

Notice of Motion.