FILED WITH THE
COURT SECURITY OFFICER
CSO: _MACISSO_____
DATE: _11/16/09_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

    v.

Hage, et al., includ.
AHMED KHALFAN GHAILANI,

              Defendant.
-----------------------------------------------------X

98 CR. 1023 (LAK)

DECLARATION
IN SUPPORT OF MOTION

Colonel Jeffrey P. Colwell, United States Marine Corps, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalties of perjury: