FILED WITH THE
COURT SECURITY OFFICER
CSO: Maciss○
DATE: 11/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :

       - against -                       :     98 Cr. 1023 (S-10) (LAK)

Hage, et al., includ.              :
AHMED KHALFAN GHAILANI

                                 :
                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT AHMED KHALFAN GHAILANI'S MOTION TO DISMISS INDICTMENT DUE TO THE DENIAL OF HIS CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL

PETER ENRIQUE QUIJANO, ESQ.
Quijano & Ennis, P.C.
381 Park Avenue South, Suite 701
New York, New York 10016
Tel: (212) 686-0666
Fax: (212) 686-8690

MICHAEL K. BACHRACH, ESQ.
276 Fifth Avenue, Suite 501
New York, New York 10001
Tel: (212) 929-0592
Fax: (866) 328-1630

GREGORY E. COOPER, ESQ.
20 Vesey Street, Suite 400
New York, New York 10007
Tel: (212) 608-4828

*Attorneys for Ahmed Khalfan Ghailani*