UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　S10 98 Crim. 1023 (LAK)

AHMED KHALFAN GHAILANI,

        Defendant.
------------------------------------- x

**MEMO ENDORSED LETTER,** November 11, 2009

LEWIS A. KAPLAN, *District Judge.*