```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :   ECF CASE

        -v.-                    :   NOTICE OF APPEARANCE AND
                                    REQUEST FOR ELECTRONIC
USAMA BIN LADEN, ET AL.,        :   NOTIFICATION

            Defendants.         :   98 Cr. 1023 (LAK)

- - - - - - - - - - - - - - - - - -x
```

TO:     Clerk of Court

        United States District Court

        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

```
                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney
                          for the Southern District
                          of New York

                    By: /s/ Harry A. Chernoff
                        Harry A. Chernoff
                        Assistant United States Attorney
                        Tel: (212) 637-2481
                        Fax: (212) 637-0128
```