```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    ECF CASE

        -v.-                       :    NOTICE OF APPEARANCE AND
                                        REQUEST FOR ELECTRONIC
USAMA BIN LADEN, ET AL.,           :    NOTIFICATION

            Defendants.            :    98 Cr. 1023 (LAK)

- - - - - - - - - - - - - - - - - - -x
```

TO:     Clerk of Court

        United States District Court

        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney
                                              for the Southern District of New York

                                   By: /s/ Sean S. Buckley
                                        Sean S. Buckley
                                        Assistant United States Attorney
                                        Tel: (212) 637-2261
                                        Fax: (212) 637-2527