USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 12/1/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        -against-                             S10 98 Crim. 1023 (LAK)

AHMED KHALFAN GHAILANI,

        Defendant.
------------------------------------x

**ORDER**, dated November 24, 2009

LEWIS A. KAPLAN, *District Judge.*