```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :    (S10) 98 CR. 1023 (LAK)

        - v -                    :    FILED UNDER SEAL AND
                                      THROUGH THE COURT
AHMED KHALFAN GHAILANI,          :    SECURITY OFFICER
    a/k/a "Fupi,"
    a/k/a "Abubakary Khalfan     :
          Ahmed Ghailani,"
    a/k/a "Abubakar Khalfan      :
          Ahmed,"
                                 :
          Defendant.
                                 :
- - - - - - - - - - - - - - - - - X
```

**GOVERNMENT MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS INDICTMENT DUE TO THE DENIAL OF DEFENDANT'S CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL**