UDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 1/21/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                         S10 98 Crim. 1023 (LAK)

AHMED KHALFAN GHAILANI,

        Defendant.
------------------------------------------x

**MEMORANDUM OPINION**, dated January 21, 2010

LEWIS A. KAPLAN, *District Judge.*