USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 8/18/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

AHMED KHALFAN GHAILANI,

    Defendant.
------------------------------------x

S10 98 Crim. 1023 (LAK)

**MEMORANDUM OPINION**, dated August 17, 2010

LEWIS A. KAPLAN, *District Judge.*