# DOCKET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AHMED KHALFAN GHAILANI,
                Petitioner,

v.                                        No. 16 Civ. 4444 (LAK)

UNITED STATES OF AMERICA,
                Respondent.

---

## DECLARATION OF INMATE FILING

I am an inmate confined in U.S. Penitentiary. I declare under penalty of perjury that today, February 10, 2017, I am depositing the Motion and Affidavit Accompanying Motion For Permission To Appeal In Forma Pauperis in this case in the institution's internal mail system. First-class postage is being prepaid by me.

Signed on February 10, 2017

*/s/ Ghay*

Ahmed K. Ghailani
# 02476-748
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Date: 02/09/2017  
Time: 7:46:40 AM  

Federal Bureau of Prisons  
TRUFACS  
Inmate Statement  FEB 09 2017  
Sensitive But Unclassified FLORENCE  
General Information TRUST FUND  

CERTIFIED

Facility: FLX

| Inmate Reg#: | 02476748 | Living Quarter: | J02-216L |
|---|---|---|---|
| Inmate Name: | GHAILANI, AHMED KHALFAN | Arrived From: | FLX |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLM-J-A | Account Creation Date: | 6/9/2009 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 12/16/2015 01:04:51 PM | TFN1216 | | | Phone Withdrawal | $189.48 | | $191.58 |
| FLX | 12/16/2015 01:06:23 PM | TFN1216 | | | Phone Withdrawal | ($150.00) | | $41.58 |
| FLX | 12/18/2015 10:37:28 AM | 5 | | | Sales | ($18.95) | | $22.63 |
| FLX | 12/21/2015 10:37:31 AM | TL1221 | | | TRUL Withdrawal | ($2.00) | | $20.63 |
| FLX | 12/31/2015 05:00:13 AM | 70199001 | | | Lockbox - CD | $25.00 | | $45.63 |
| FLX | 12/31/2015 05:00:19 AM | 70199001 | | | Lockbox - CD | $50.00 | | $95.63 |
| FLX | 12/31/2015 07:38:27 AM | 3 | | | Sales | ($18.30) | | $77.33 |
| FLX | 01/14/2016 12:09:09 AM | PFLXD441 - 1663 | | | Debt Encumbrance | | ($5.00) | |
| FLX | 01/14/2016 12:09:09 AM | PFLXD441 - 1664 | | | Debt Encumbrance | | ($10.00) | |
| FLX | 02/01/2016 12:10:55 AM | PFLXD441 - 1664 | | | Debt Encumbrance - Released | | $10.00 | |
| FLX | 02/01/2016 12:10:55 AM | PFLXD441 - 1663 | | | Debt Encumbrance - Released | | $5.00 | |
| FLX | 02/01/2016 12:10:55 AM | PFLXD441 | 620 | | PLRA Payment | ($15.00) | | $62.33 |
| FLX | 04/29/2016 10:15:53 AM | 10 | | | Sales | ($11.80) | | $50.53 |
| FLX | 05/01/2016 09:14:47 AM | TL0501 | | | TRUL Withdrawal | ($5.00) | | $45.53 |
| FLX | 05/12/2016 10:16:05 AM | TL0512 | | | TRUL Withdrawal | ($2.00) | | $43.53 |
| FLX | 05/12/2016 10:18:39 AM | TL0512 | | | TRUL Withdrawal | ($2.00) | | $41.53 |
| FLX | 05/16/2016 11:28:40 AM | TFN0516 | | | Phone Withdrawal | ($41.00) | | $0.53 |
| FLX | 06/05/2016 05:00:08 AM | 70110002 | | | Lockbox - CD | $100.00 | | $100.53 |
| FLX | 06/05/2016 05:00:08 AM | PFLXD441 - 3519 | | | Debt Encumbrance | | ($20.00) | |
| FLX | 06/17/2016 08:55:58 AM | 6 | | | Sales | ($13.50) | | $87.03 |

Page 2

Date: 02/09/2017  
Time: 7:46:40 AM

Facility: FLX

## Federal Bureau of Prisons
### TRUFACS
### Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 02476748 | Living Quarter: | J02-216L |
| Inmate Name: | GHAILANI, AHMED KHALFAN | Arrived From: | FLX |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLM-J-A | Account Creation Date: | 6/9/2009 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 06/20/2016 10:28:34 AM | TFN0620 | | | Phone Withdrawal | ($50.00) | | $37.03 |
| FLX | 07/01/2016 12:10:55 AM | PFLXD441-3519 | | | Debt Encumbrance - Released | | $20.00 | |
| FLX | 07/01/2016 12:10:55 AM | PFLXD441 | 1451 | | PLRA Payment | ($20.00) | | $17.03 |
| FLX | 07/08/2016 02:36:02 PM | RIPP0616 | | | Payroll - IPP | $18.00 | | $35.03 |
| FLX | 07/08/2016 02:36:02 PM | PFLXD441-3987 | | | Debt Encumbrance | | ($3.60) | |
| FLX | 08/01/2016 12:10:44 AM | PFLXD441-3987 | | | Debt Encumbrance - Released | | $3.60 | |
| FLX | 08/10/2016 12:10:44 AM | PFLXD441 | 1588 | | PLRA Payment | ($3.60) | | $31.43 |
| FLX | 08/10/2016 01:49:30 PM | RIPP0716 | | | Payroll - IPP | $18.00 | | $49.43 |
| FLX | 08/10/2016 01:49:30 PM | PFLXD441-4373 | | | Debt Encumbrance | | ($3.60) | |
| FLX | 08/30/2016 10:21:09 AM | TFN0830 | | | Phone Withdrawal | ($40.00) | | $9.43 |
| FLX | 09/01/2016 12:10:40 AM | PFLXD441-4373 | | | Debt Encumbrance - Released | | $3.60 | |
| FLX | 09/09/2016 12:56:37 PM | RIPP0816 | | | Payroll - IPP | $6.00 | | $15.43 |
| FLX | 09/09/2016 12:56:37 PM | PFLXD441-4763 | | | Debt Encumbrance | | ($1.20) | |
| FLX | 10/01/2016 12:10:32 AM | PFLXD441-4763 | | | Debt Encumbrance - Released | | $1.20 | |
| FLX | 10/01/2016 12:10:32 AM | PFLXD441 | 1 | | PLRA Payment | ($1.20) | | $14.23 |
| FLX | 10/05/2016 10:41:39 AM | TFN1005 | | | Phone Withdrawal | ($14.00) | | $0.23 |
| FLX | 11/16/2016 01:03:10 PM | 33316321 | | | Western Union | $100.00 | | $100.23 |
| FLX | 11/16/2016 01:03:10 PM | PFLXD441-886 | | | Debt Encumbrance | | ($20.00) | |

Date: 02/09/2017
Time: 7:46:40 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

## General Information

| Inmate Reg#: | 02476748 | Living Quarter: | J02-216L |
|---|---|---|---|
| Inmate Name: | GHAILANI, AHMED KHALFAN | Arrived From: | FLX |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLM-J-A | Account Creation Date: | 6/9/2009 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 11/22/2016 10:23:13 AM | TFN1122 | | | Phone Withdrawal | ($80.00) | | $20.23 |
| FLX | 12/01/2016 12:10:59 AM | PFLXD441 - 886 | | | Debt Encumbrance - Released | | $20.00 | |
| FLX | 12/01/2016 12:10:59 AM | PFLXD441 | 282 | | PLRA Payment | ($10.23) | | $10.00 |
| FLX | 12/15/2016 08:50:15 AM | TFN1215 | | | Phone Withdrawal | ($10.00) | | $0.00 |
| FLX | 01/20/2017 10:44:24 AM | SIPP0117 | | | Payroll - IPP | $9.60 | | $9.60 |
| FLX | 01/20/2017 10:44:24 AM | PFLXD441 - 1708 | | | Debt Encumbrance | | ($1.92) | |
| FLX | 02/01/2017 12:10:39 AM | PFLXD441 - 1708 | | | Debt Encumbrance - Released | | $1.92 | |
| | **Total Count:** | **45** | | | **Totals:** | **$7.50** | **$0.00** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $9.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.60 |
| **Totals:** | **$9.60** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9.60** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $133.60 | $155.43 | $14.33 | $9.60 | $6.62 | N/A | N/A |

Date: 02/09/2017
Time: 7:46:40 AM

Facility: FLX

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 12/09/2015
**End Date:** 02/09/2017
**Inmate Reg#:** 02476748
**Account Status:** All
**Institution:** Florence FCC

Page 1