United States District Court
For The Southern District Of New York

Ahmed Ghailani,
  Defendant -- Petitioner,
  -v-
United States Of America,
  Plaintiff -- Respondent.

Civil No.# _____
Crim. No.# 1:98-CR-01023-LAK-9

**MEMO ENDORSED**

---

(Pro Se) Motion Pursuant To Rule 60(b)(4)(6) & (d)(3) In Further Conjunction With Recent Supreme Court Decision In Davis (June 24, 2019)

---

The Petitioner respectfully moves this court to take judicial notice that he has a jurisdictional defect issue & A Supreme Court decision In Davis, 139 S.Ct. 2319 (2019), issue because "Conspiracy" is no longer considered by all Circuits not a Crime Of Violence, even in the Second Circuit, it apply to him.

Therefore, "Jurisdictional Defects" are never waived and can be raised at any stage of the proceedings; And, the Davis issue has an one year Statute of Limitation window that end on the 24th, June 2020. Petitioner filed his Davis issue in a timely manner using the Supreme Court Mailbox rule dated June 23, 2020.

The Petitioner further filed an "Accompanied Motion For A Sixty (60) days Extension Of Time To File A Rule 15(a) or (c) motion To "Clarify, Amend and or Supplement" both issues he raised herein.

Date: June 23, 2020

Granted to the extent that any such clarification, etc. shall be filed on or before Feb. 2, 2021.

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
12/2/2020

Respectfully Submitted,
/s/ A. Ghey.