United States District Court
Southern District of New York
Civil No# _____
Crim. No# 1:98CR-01023-LAK-9
_____

Ahmed Ghailani

Defendant-Petitioner

-V-

MEMO ENDORSED

United States of America

Plaintiff-Respondent
_____

(Pro se) Motion For Leave Requesting To File An Additional Claim To Petitioner's June 23, 2020, filed Rule 60 Motion As A Precaution Under <u>Davis</u> 139 S.Ct. 2319 (June 24, 2019)

    Petitioner moves this court to take judicial notice that this morning he handed the officer working the prisoners living unit A Rule 60 Motion under two issues: (1) Jurisdictional Defect, and (2) <u>Davis</u> supra. However, Petitioner just mentioned Conspiracy was no longer a violent Crime, but he also will raised that the "<u>statute</u>" Petitioner was "Charged, Indicted & Convicted" is Constitutionally vague. Petitioner felt that just raising the <u>Davis</u>, is was enough to cover every issue under <u>Davis</u>. However, as a Precaution Petitioner is specifically raising here this other issue because the <u>Davis</u> issue ends tomorrow. So he still on time.

    Petitioner further filed this morning an accompanied Motion for a sixty (60) Days Extension of Time To File a Rule 15 (a) or (c) Motion to "Clarify, Amend or Supplement" his issues & arguments he raised in his Rule 60 Motion. He will submit this issue & argument as well.

Respectfully Submitted,

Date: June 23, 2020      /s/ A. Ghey
                                                 Ahmed Ghailani's Signature

Certificate OF Service

I, Ahmed Ghailani, states that on the 23rd, day of June, year 2020, he mailed a copy of the foregoing Motion to the name & address below:

U.S. Dist. Attorney's Office,
One St. Andrew's Plaza,
New York, NY 10007

Respectfully Submitted,
/s/ _____
Ahmed Ghailani's Signature

Denied. These are not proper subjects for judicial notice.

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
12/2/2020