UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                                 98-cr-1023 (LAK)

AHMED KHALFAN GHAILANI,

                Defendant(s).
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to the pending motions (Dkt 2168 [two motions]) on or before March 19, 2021.

        SO ORDERED.

Dated:       February 18, 2021

                                                                  Lewis A. Kaplan
                                                             United States District Judge