UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       -against-

98-cr-1023 (LAK)

AHMED KHALFAN GHAILANI,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEWIS A. KAPLAN, *District Judge.*

       The pending motions [Dkt 2168 (two motions)] are denied, substantially for the reasons set forth by the government in Dkt 2175.

       SO ORDERED.

Dated:       March 21, 2021

                                  Lewis A. Kaplan
                    United States District Judge